Louis Pallas, Appellant, v. Joseph Ratkoff and Others, Respondents.— Judgments and order affirmed, with separate bills of costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts and for granting a new trial as to the defendant Oelheim only.

Frank Parisi, Appellant, v. Monument Theater Corporation and Another, Respondents.— Judgments affirmed, with separate bills of costs. All concur.

Bernyce J. Richardson, Respondent, v. Lynn Devereaux, Defendant, and Chelsea D. Harper, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur.

Elwin J. Richardson, Respondent, v. Lynn Devereaux, Defendant, and Chelsea D. Harper, Appellant.— Judgment and order affirmed, with costs. All concur.

Milton A. Kingsley, an Infant, etc., Respondent, v. Rudolph Wurlitzer Company, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff, by his guardian ad litem, shall, within ten days, stipulate to reduce the verdict to the sum of $200 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur.

Piedmont Hotel Company, Respondent, v. A. E. Nettleton Company, Appellant.— Motion for leave to appeal to Court of Appeals granted and question for review certified. Order to show cause with stay vacated and bond canceled. Stay of entry of judgment granted until after hearing and determination of the appeal to the Court of Appeals. All concur, Edgcomb, J., not voting. [See 238 App. Div. 764.]

Churchill Evangelistic Association, Incorporated, Appellant, v. Columbia Broadcasting System, Incorporated, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (Order entered March thirteenth.)

City of Buffalo, Respondent, v. Christ Karnetz and Others, Defendants; August Duresch, Individually and as Executor, etc., of William Duresch, Deceased, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. The Buffalo City Charter,* as amended by Laws of 1929, chapter 527, is not exclusive of articles 39 and 41 of the Civil Practice Act and the Condemnation Law with respect to the right of appeal. These statutes should be read together. Thus read, the final order in this proceeding is appealable.

John M. Shepherd, Respondent, v. Preferred Accident Insurance Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (Order entered March thirteenth.)